IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

LEAUNDREA PARKER,

       Appellant,

v.                          Case No. 5D22-2372
                               LT Case No. 2010-CF-023506-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed April 4, 2023

3.853 Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Leaundrea Parker, Lake Butler, pro
se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, EISNAUGLE and BOATWRIGHT, JJ., concur.